IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                    CRIMINAL NO. 1:26cr124 HSO-BWR

JOSEPH ALFREDO VASQUEZ DUMARCE

<u>NOTICE OF MAXIMUM PENALTY</u>

**Interstate Transmission of Threatening Communication**
18 U.S.C. § 875(c)

- Not more than five (5) years of imprisonment
- Not more than a $250,00 fine
- Not more than three (3) years supervised release
- $100 special assessment