CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUL 28 2026

ARTHUR JOHNSTON
BY_____ DEPUTY

CITY: _____

COUNTY: Jackson _____

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # 1:26cr124 HSO-BWR
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER 1:26mj335-RPM
R 20/ R 40 FROM DISTRICT OF _____ 635

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES X NO

MATTER TO BE SEALED: X YES ____ NO

NAME/ALIAS: JOSEPH ALFREDO VASQUEZ DUMARCE

**U.S. ATTORNEY INFORMATION:**

AUSA Hunter McCreight GA BAR #728770

INTERPRETER: X NO ____ YES LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:** ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 1 _____ _____ PETTY _____ MISDEMEANOR 1 FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 18:875C.F | 18 U.S.C. § 875(c) | Interstate Transmission of Threatening Communication | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

SIGNATURE OF AUSA: _____

Revised 9/22/2020