# CLERK'S MINUTE SHEET
# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (SOUTHERN DIVISION)

BEFORE THE HONORABLE BRADLEY W. RATH

INITIAL APPEARANCE/ARRAIGNMENT

| | | | |
|---|---|---|---|
| Case Number: | 1:26-cr-00124-HSO-BWR | UNITED STATES vs. Dumarce | |
| Hearing Date: | 8/31/2026 | Time In and Out: | 1:52 pm to 1:59 pm |
| Clerk: | AB | Courtroom: | 683 |
| Defendant: | Joseph Alfredo Vasquez Dumarce | Defendant's Counsel: | Jonathan Barlow |
| AUSA: | Hunter McCreight | Pretrial/Probation: | Matthew Sones/CJ Lee |
| Interpreter: | N/A | DUSMs: Stephen Newell/Laura Reagan/Brian Alford | |
| CSO: | Elfren Acosta | | |

| PROCEEDINGS | | |
|---|---|---|
| ☒ | Defendant sworn | |
| ☒ | First Appearance by Defendant | |
| ☒ | Defendant received a copy of charging document | |
| ☒ | Defendant waives reading of the Indictment | |
| ☒ | Defendant enters a Not Guilty plea | |
| ☒ | Discovery Order entered | |
| ☒ | Order Regarding Brady Disclosures acknowledged | |
| ☒ | Trial Date: November 2, 2026 before Chief District Judge Halil S. Ozerden | |
| **Custody Status** | | |
| ☐ | Government seeking detention. | |
| ☒ | Defendant previously detained | *See* Order of Detention in Rule 5 documents [13] |
| **Other** | | |
| ☐ | | |