AO 442 (Rev. 11/11) Arrest Warrant

SEALED

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

United States of America
v.
Joseph Alfredo Vasquez Dumarce

*Defendant*

Case No. 1:26cr124 HSO-BWR

JUL 30 AM10:42

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Joseph Alfredo Vasquez Dumarce (Wherever Found),
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Interstate Transmission of Threatening Communication

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF MISSISSIPPI

Date: 07/29/2026

City and state: Gulfport, Mississippi

ARTHUR JOHNSTON, CLERK

[signature]
*Issuing officer's signature*

R. White, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 07/30/26, and the person was arrested on *(date)* 08/31/26
at *(city and state)* Gulfport, MS.

Date: 8/31/2026

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 02 2026
ARTHUR JOHNSTON
BY DEPUTY

[signature]
*Arresting officer's signature*

K. Patrick DUSM for FBI
*Printed name and title*